UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2010 AUG 19 A 11: 42
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

| | |
|---|---|
| Kimberly Ringley, | : |
| | : |
| Plaintiff, | : Civil Action No.: 10-CV-1750 |
| v. | : |
| Lanier Collection Agency and Services, Inc.; and DOES 1-10, inclusive, | : |
| Defendant. | : |

### NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)

Kimberly Ringley ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 18, 2010

Respectfully submitted,
By /s/ Forrest E. Mays
Forrest E. Mays (Bar No. 07510)
2341 N Forrest Drive, Suite 90
Annapolis, MD  21403
Telephone: (410) 267-6297
Facsimile: (410) 267-6234
Email: mayslaw@mac.com

Of Counsel To
LEMBERG & ASSOCIATES L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666
ATTORNEYS FOR PLAINTIFF

APPROVED THIS 19th DAY OF August 2010

/s/ Benson Everett Legg
BENSON EVERETT LEGG, U.S.D.J.